MORRIS J. GOLDSTEIN, Respondent, v. WESTBURY CONSTRUCTION Co., INC., and Others, Defendants, Impleaded with JOHN J. GREENFIELD and JOSEPH GREENFIELD, Copartners, Doing Business as GREENFIELD BROTHERS, Appellants.— Order

---

* Affd., 260 N. Y. 643.

† Verdict was for $2,500 in action for personal injuries.— [REP.

‡ Verdict was for $800 in action for loss of services.— [REP.

§ Revd., 261 N. Y. 333.

granting motion to strike out answer of defendants Greenfield affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.